**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| THE GUN RANGE, LLC, | : | No. 245 EAL 2018 |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, PHILADELPHIA ZONING BOARD OF ADJUSTMENT, SPRING GARDEN CIVIC ASSOCIATION, PATRICIA FREELAND, JUSTINO NAVARRO, LAWRENCE RUST, REGINA YOUNG, BRYAN MILLER, HEEDING GOD'S CALL TO END GUN VIOLENCE AND SUSAN A. MURRAY, | : | |
| Respondents | : | |

**ORDER**

**PER CURIAM**

   **AND NOW**, this 23rd day of October, 2018, the Petition for Allowance of Appeal is **DENIED**.